BRYAN SCHRODER
Acting United States Attorney

ANDREA W. HATTAN
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Andrea.W.Hattan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | COUNT 1: |
| | ) | DRUG CONSPIRACY |
| vs. | ) |    Vio. of 21 U.S.C. §§ 846 and |
| | ) | 841(a)(1), (b)(1)(C) |
| KIT LEE KARJALA AND | ) | |
| CHRISTOPHER BRANDON | ) | COUNT 2: |
| MILLER, AKA: "MELLOW," | ) | POSSESSION WITH INTENT TO |
| | ) | DISTRIBUTE A CONTROLLED |
| Defendants. | ) | SUBSTANCE |
| | ) |    Vio. of 21 U.S.C. §§ 841(a)(1), |
| | ) | (b)(1)(C) |
| | ) | |
| | ) | CRIMINAL FORFEITURE |
| | ) | ALLEGATION |
| | ) |    Vio. of 21 U.S.C. § 853 |
| | ) | |

I N D I C T M E N T

The Grand Jury charges that:

## COUNT 1

Beginning no later than May 2, 2017, and continuing until on or about May 10, 2017, within the District of Alaska, and elsewhere, the defendants, KIT LEE KARJALA AND CHRISTOPHER BRANDON MILLER, AKA: "MELLOW," did knowingly and intentionally combine, conspire, confederate, and agree with each other and persons known and unknown to the grand jury to distribute and to possess with intent to distribute a controlled substance in the District of Alaska, to wit: a mixture or substance containing a detectable amount of heroin, and a quantity of Suboxone.

All of which is in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(C).

## COUNT 2

Beginning no later than May 2, 2017, and continuing until on or about May 5, 2017, within the District of Alaska, the defendants, KIT LEE KARJALA AND CHRISTOPHER BRANDON MILLER, AKA: "MELLOW," did knowingly and intentionally possess with intent to distribute a controlled substance in the District of Alaska, to wit: a mixture or substance containing a detectable amount of heroin, and a quantity of Suboxone.

All of which is in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C).

## CRIMINAL FORFEITURE ALLEGATION

Upon conviction of Counts 1 or 2 of this Indictment, the defendants, KIT LEE KARJALA and CHRISTOPHER BRANDON MILLER, AKA: "MELLOW," shall forfeit to the United States pursuant to 21 U.S.C. §§ 853(a)(1) and (a)(2) any property

constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s).

All pursuant to 21 U.S.C. § 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson<br>GRAND JURY FOREPERSON

s/ Andrea W. Hattan
ANDREA W. HATTAN
United States of America
Assistant United States Attorney


s/ Frank V. Russo for
BRYAN SCHRODER
United States of America
Acting United States Attorney


DATE:     5-17-17