Chester D. Gilmore
Cashion Gilmore LLC
1007 W. 3rd Ave., Suite 301
Anchorage, AK 99501
Telephone: (907) 222-7934
Email: chester@cashiongilmore.com
Counsel for defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case 3:17-cr-00063-TMB-KFM |
| v. | |
| CHRISTOPHER BRANDON MILLER, | |
| Defendant. | |

**NON-OPPOSITION TO CO-DEFENDANT KIT KARJALA'S UNOPPOSED MOTION TO CONTINUE TRIAL, AND FOR AN ORDER DECLARING THE CASE COMPLEX**

COMES NOW Defendant Christopher Brandon Miller, by and through counsel, and files this non-opposition to co-defendant's motion to continue trial and for an order declaring the case complex.

**Cashion Gilmore LLC**
1007 W. 3rd Ave., Suite 301
Anchorage, Alaska 99501
(907) 222-7932  fax (907) 222-7938

May 26, 2017, at Anchorage, Alaska.

                                        CASHION GILMORE LLC
                                        Attorneys for Defendant

                                        s/ Chester D. Gilmore
                                        1007 W. 3rd Ave., Suite 301
                                        Anchorage, AK  99501
                                        Phone:  (907) 222-7934
                                        Fax:  (907) 222-7938
                                        Direct email:
                                        chester@cashiongilmore.com
                                        Alaska Bar No. 0405015

<u>Certificate of Service</u>

I hereby certify that on May 26, 2017, a copy of the foregoing document was served electronically on:

Peter A. Camiel
Andrea Hattan

<u>s/ Chester D. Gilmore</u>

Non-Opposition to Co-Defendant's Mtn. to Ctn. Trial and for an Order Declaring the Case Complex
Page 2 of 2

Cashion Gilmore LLC
1007 W. 3rd Ave., Suite 301
Anchorage, Alaska 99501
(907) 222-7932  fax (907) 222-7938