IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER BRANDON MILLER, AKA: "MELLOW,"<br><br>Defendant. | Case No. 3:17-cr-00063-TMB-KFM<br><br>**ORDER GRANTING MOTION FOR PROTECTIVE ORDER** |

For the reasons stated in its motion, the United States' Motion for Protective Order is hereby GRANTED. The Court finds good cause to place the following restrictions on the handling certain emails exchanged between the State of Alaska Department of Corrections (DOC) employees, which shall be referred to hereinafter as "Protected Documents":

1. Access to the Protected Documents will be restricted to personnel authorized by the Court, namely, Defendant Christopher Brandon Miller and his attorney of record, as well as attorneys, paralegals, investigators, experts, and secretaries employed by her attorney of record and performing work on behalf of Defendant Miller.

*U.S. v. Karjala, et al.*
3:17-cr-00063-TMB-KFM

2. The following restrictions will be placed on Defendant Miller, who is in custody, Defendant Miller's attorney, and the above-designated individuals unless and until further ordered by the Court. Defendant Miller, Defendant Miller's attorney in this case, and the above-designated individuals shall **not**:

   a. Make copies for, or allow copies of any kind to be made by, any other person of the Protected Documents;

   b. Defendant Miller shall not make any copies of the Protected Documents;

   c. Defendant Miller shall not relay information, in any format, contained in the Protected Documents to any other person;

   d. Allow Defendant Miller to retain copies of Protected Documents outside of meetings with his attorney;

   e. Allow any other person to read or view the Protected Documents; and/or

   f. Use the Protected Documents for any purpose other than preparing to defend against the charges in the Indictment or any superseding indictment(s) arising out of this case.

3. The attorneys of record shall inform any person to whom disclosure may be made pursuant to this Order of the existence and terms of this Court's Order.

4. Upon conclusion of this action, Defendant a's attorney of record shall return to government counsel or destroy and certify to government counsel the destruction of the Protected Documents.

Disobedience of this order may result in prosecution for criminal contempt, in violation of Title 18, U.S.C. §§ 401, 402, and Federal Rule of Criminal Procedure 42. In addition, a violator of this order may face prosecution under 18 U.S.C. §§ 1512 (tampering with a witness), 1513 (retaliating against a witness), and conspiracy to commit these crimes.

DATED this 3rd day of January, 2018, at Anchorage, Alaska.

*/s/ Kevin F. McCoy*
Kevin F. McCoy
United States Magistrate Judge

*U.S. v. Karjala, et al.*
3:17-cr-00063-TMB-KFM